Gary L. Eastman, Esq. (CSB No.182518)
**Eastman & McCartney LLP**
401 W. A Street, Suite 1785
San Diego, CA 92101
Office:  (619) 230-1144
Fax:       (619) 230-1194
E-Mail: gary@eastmanmccartney.com

Attorney for Plaintiff, ICOAT COMPANY, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICOAT COMPANY, LLC, a Delaware limited liability company,<br><br>         Plaintiff,<br>    v.<br><br>PILLA INC., a Connecticut corporation dba PILLA PERFORMANCE EYEWEAR; and DOES 1-10,<br><br>         Defendant. | Case No.:<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, ICOAT COMPANY, LLC, a Delaware limited liability company (herein after "ICOAT"), for its Complaint against Defendant, PILLA INC., a Connecticut corporation doing business as PILLA PERFORMANCE EYEWEAR (hereinafter "PILLA") hereby alleges as follows:

///

///

**PARTIES**

1. Plaintiff ICOAT COMPANY LLC ("ICOAT") is a Delaware limited liability company having a business address of 12020 Mora Drive, Santa Fe Springs, California 90670.

2. On information and belief Defendant PILLA INC. ("PILLA") is a Connecticut corporation having a business address of 908 Ethan Allen Highway, Ridgefield, Connecticut 06877.

3. On information and belief Defendant PILLA does business as Pilla Performance Eyewear.

4. The true names and capacities, whether individual, corporate, associate, or otherwise, of defendant DOES 1 through 10, inclusive, are unknown to ICOAT at this time, who therefore sues said defendants by such fictitious names. Any reference in this complaint to the actions or inactions of any defendant, whether such reference is made to such defendant by specific name or otherwise, is also a reference to the actions or inactions of DOES 1 through 10, inclusive.

**JURISDICTION AND VENUE**

5. This civil action arises under Trademark laws of the Unites States, 15 U.S.C. §§ 1072, 1114(1)(5), 1115, 1116, 1117, and 1118 [Lanham Act §§ 22, 32, 33, 34, 35, and 36]. Thus, this Court has exclusive subject matter jurisdiction of this civil action under 28 U.S.C. §§1338(b) and supplemental jurisdiction under 28 U.S.C. § 1367(a).

6. Venue with respect to Defendant is properly laid in the United States District Court for the Central District of California because Plaintiff resides in the Central District of California and is doing business therein. Defendant has had and maintains a website located at the URL www.pillasport.com and it is accessible through the Internet, including in this District, for advertising, promotion, and reservation services.

7. On information and belief, Defendant sells products directly to retailers in the state of California, and within this District, for resale in the market place.

**FACTUAL ALLEGATIONS**

8. Since at least as early as 2002, ICOAT has been manufacturing and selling optical lenses and providing lens-coating services throughout the United States and beyond.

2

COMPLAINT                                                                                       Case No.:

9. Throughout the years, ICOAT has invested significant effort and financial resources in the establishment, protection and promotion of its trademarks that it uses in conjunction with its products and services, and highly values these trademarks and the goodwill associated therewith.

10. As a result of these years of effort and investment, ICOAT enjoys a distinguished nationwide reputation in the optical lens industry, and the goodwill that has been created through years of satisfied customers.

11. Plaintiff filed for and obtained a Federal Trademark Registration for the word mark "VIVIX ICE" which registered on the principal register as United States Trademark Registration No. 3,041,114 on January 10, 2006, for "optical lenses having anti-reflective coatings, in class 9." A copy of the Registration is attached as Exhibit 1.

12. Plaintiff filed for and obtained a Federal Trademark Registration for the word mark "VIVIX STAINLESS" which registered on the principal register as United States Trademark Registration No. 3,049,822 on January 24, 2006, for "optical lenses having anti-reflective coatings, in class 9." A copy of the Registration is attached as Exhibit 2.

13. Plaintiff filed for and obtained a Federal Trademark Registration for the word mark "VIVIX" which registered on the principal register as United States Trademark Registration No. 3,315,606 on October 23, 2007, for "optical lenses having anti-reflective coatings, in class 9." A copy of the Registration is attached as Exhibit 3.

14. Plaintiff has the nationwide right to exclude the use of the "VIVIX ICE," "VIVIX STAINLESS," and "VIVIX" trademarks in conjunction with optical lenses having anti-reflective coatings.

15. Plaintiff also has the nationwide right to prevent others from confusing the public into believing that other lenses come from, are sponsored by, or are affiliated with "VIVIX ICE," "VIVIX STAINLESS," and "VIVIX."

16. On information and belief Defendant has formulated a family of lenses and lens-related products that are sold under the brand name "VIVX." A reprint of PILLA's website located at www.pillasport.com/pages/eye-science is included as Exhibit 4.

COMPLAINT        Case No.:

17. Plaintiff's "VIVIX" and Defendant's "VIVX" marks are both used on optical lens products, are visually highly similar, and phonetically equivalent.

18. On information and belief, Defendant's products are sold, and will be sold in the same types of wholesale, retail, and distribution channels and to the same classes of purchasers as Plaintiff's products.

19. Defendant's use of "VIVX" is likely to cause confusion, mistake, or deception in the minds of the public.

## FIRST CAUSE OF ACTION

(FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114)

20. Plaintiff repeats and realleges each and every allegation of paragraphs 1 through 18 as if recited herein.

21. Plaintiff owns the Federal Trademark Registration for the word marks "VIVIX," "VIVIX ICE," and "VIVIX STAINLESS."

22. Defendant's use of "VIVX" is likely to cause confusion, mistake, or deception in the minds of the public as to the identity and origin of Plaintiff's goods.

23. By reason of the forgoing acts, Defendant is liable to Plaintiff for Trademark Infringement under 15 U.S.C. §1114.

24. In accordance with 15 U.S.C. §§ 1114, 1116, and 1117, Plaintiff is entitled to an injunction against further infringement, an award for the actual damages it has suffered, and all profits, gains, and advantages derived by the Defendant as a result of its infringement of Plaintiff's rights under the registered trademarks.

///

///

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff ICOAT COMPANY LLC prays for judgement as follows:

A. That Defendant has infringed Plaintiff's United States Federally Registered VIVIX, VIVIX ICE, and VIVX STAINLESS trademarks;

B. For an award of damages, together with interest, to compensate Plaintiff for Defendant's past acts of trademark infringement, unfair competition, and that such an award be trebled, and for an award to Plaintiff of all of its costs and attorney's fees with respect thereto;

C. That Defendant has violated § 43(a) of the Lanham Act;

D. For an award of damages in accordance with 15 U.S.C. § 1117 to compensate Plaintiff for Defendant's past acts of trademark infringement including Defendant's profits, damages sustained by Plaintiff, and the costs of the action including trebling of such damages;

E. That Defendant, its respective agents, servants, employees, attorneys, and all other persons in active concert or in participation with Defendant be preliminarily and permanently enjoined and restrained from advertising and soliciting their products with the word mark "VIVX," and that this Court issue an order pursuant to 15 U.S.C. §1116 requiring Defendant to file and serve a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

F. For an award of statutory damages pursuant to 15 U.S.C. 1117(d);

G. For an award of punitive damages; and

H. For other and further relief as is provided by law and that this Court deems just and equitable.

DATED:   September 7, 2017                           EASTMAN & McCARTNEY, LLP

By:   /s/ Gary L. Eastman        .
Gary L. Eastman, Esq.
Attorney for iCoat Company LLC

**DEMAND FOR JURY TRIAL**

Plaintiff, ICOAT COMPANY LLC, hereby demands a trial by jury.

DATED: September 7, 2017            EASTMAN & McCARTNEY, LLP

By:   /s/ Gary L. Eastman   .
Gary L. Eastman, Esq.
Attorney for iCoat Company LLC

**EXHIBIT 1**

ok

**EXHIBIT 1**

COMPLAINT                                                                                       Case No.:

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,041,114
Registered Jan. 10, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# VIVIX ICE

I-COAT COMPANY, LLC (DELAWARE CORPORATION)
12020 MORA DRIVE, SUITE 1
SANTA FE SPRINGS, CA 90670

FOR: OPTICAL LENSES HAVING ANTI-REFLECTIVE COATINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-516,057, FILED 11-12-2004.

JOHN GARTNER, EXAMINING ATTORNEY

1 **EXHIBIT 2**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8

COMPLAINT                                                          Case No.:

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,049,822
Registered Jan. 24, 2006

## TRADEMARK
PRINCIPAL REGISTER

# VIVIX STAINLESS

I-COAT COMPANY, LLC (DELAWARE CORPORATION)
12020 MORA DRIVE, SUITE 1
SANTA FE SPRINGS, CA 90670

FOR: OPTICAL LENSES HAVING ANTI-REFLECTIVE COATINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-1-2004; IN COMMERCE 8-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STAINLESS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-516,044, FILED 11-12-2004.

JOHN GARTNER, EXAMINING ATTORNEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 3**

9

COMPLAINT                                                                                          Case No.:

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,315,606
Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# VIVIX

I-COAT COMPANY, LLC (DELAWARE LTD LIAB CO)
SUITE 1
12020 MORA DRIVE
SANTA FE SPRINGS, CA 90670

FOR: OPTICAL LENSES HAVING ANTI-REFLECTIVE COATINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-1-2002; IN COMMERCE 2-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,041,114 AND 3,049,822.

SER. NO. 77-028,444, FILED 10-24-2006.

TONI HICKEY, EXAMINING ATTORNEY

**EXHIBIT 4**

COMPLAINT                                                                 Case No.: